# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00251-DAD-BAM |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | (ECF Nos. 14, 16, 19) |
| EUGENE DAJOHN MARSHALL | |
| Defendant. | |

On March 18, 2020, Defendant Eugene Dajohn Marshall filed a motion for bail review seeking to be released from custody. A hearing on Defendant's motion was held on March 25, 2020. Defendant appeared in custody by video from the Fresno County Jail. Counsel Carol Moses appeared telephonically for Defendant. Counsel Jessica Massey appeared telephonically for the Government. Having considered the moving papers and the arguments presented at the March 25, 2020 hearing the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). The Court's role is not to reassess or reconsider a prior judge's decision on detention (even when present counsel

was not original counsel at the detention hearing), that should have been covered through a motion to revoke the magistrate judge's decision on detention before a United States district judge. 18 U.S.C. § 3145(b).

First and foremost, the Court finds that Defendant has not shown that information exists that was not known at the time of the bail hearing as required for reopening the hearing under section 3142(f) as states on the record. Alternatively, had there been new information consistent with section 3142(f), the Court finds that the conditions offered by Defendant do not reasonably address the danger to the community that would be posed by the release of Defendant on bail.

For these reasons and the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained for the reasons previously stated by the detaining judge.

IT IS SO ORDERED.

Dated: __**March 25, 2020**__

UNITED STATES MAGISTRATE JUDGE